ORIGINAL

1 STEPHANIE YONEKURA
  Acting United States Attorney
2 LEON W. WEIDMAN
  Assistant United States Attorney
3 Chief, Civil Division
  DAVID K. BARRETT
4 Assistant United States Attorney
  Chief, Civil Fraud Section
5 LINDA A. KONTOS
  Assistant United States Attorney
6 Deputy Chief, Civil Fraud Section
  CAROLINE BURGUNDER
7 Assistant United States Attorney
  California State Bar No. 217330
8     Room 7516, Federal Building
      300 N. Los Angeles Street
9     Los Angeles, California 90012
      Tel: (213) 894-8805
10    Fax: (213) 894-2380
      Email: Caroline.M.Burgunder@usdoj.gov
11 Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

12                UNITED STATES DISTRICT COURT
13           FOR THE CENTRAL DISTRICT OF CALIFORNIA
14                      WESTERN DIVISION

15 | UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV 13-04273 RGK (MRWx)
16 |                                                  | NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME
17 | Plaintiff[s],                                    |
18 | v.                                               | [FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]
19 | [UNDER SEAL],                                    |
   | Defendant[s].                                    |
20 |                                                  | [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER]

1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  LINDA A. KONTOS
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   CAROLINE BURGUNDER
7  Assistant United States Attorney
   California State Bar No. 217330
8       Room 7516, Federal Building
        300 N. Los Angeles Street
9       Los Angeles, California 90012
        Tel: (213) 894-8805
10      Fax: (213) 894-2380
        Email: Caroline.M.Burgunder@usdoj.gov
11 Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant[s]. | No. CV 13-04273 RGK (MRWx)<br><br>NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
CAROLINE BURGUNDER
Assistant United States Attorney
California State Bar No. 217330
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-8805
    Fax: (213) 894-2380
    Email: Caroline.M.Burgunder@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *ex rel.* JOHN DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>PAMC, LTD.; SHIN-YIN WONG, M.D.; GEORGE MA, M.D.; TIT LI, M.D.; CARL MOY, M.D.; THICK GONG CHOW, M.D. and STEPHEN KWAN, M.D.<br><br>    Defendants. | No. CV 13-04273 RGK (MRWx)<br><br>NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

In its last Order dated March 23, 2015, the Court denied the United States of America's (the "Government") request for an extension of the Government's intervention deadline and the seal period. The Government's investigation has not been completed and, as such, the Government is not able to decide at this time whether to proceed with this action. Accordingly, the Government hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the Government is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the qui tam plaintiff ("Relator") to maintain the action in the name of the Government; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the Government has the right to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the Government requests that, should either the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the Government with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the Government requests that all pleadings filed in this action be served upon the Government; the Government also requests that orders issued by the Court be sent to the Government's counsel. The Government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The Government also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, this Notice, and the proposed Order lodged herewith be unsealed. The Government requests that all other papers on file in this action remain under seal because in discussing the content and extent of the Government's investigation, such papers are provided by law to the Court

1

alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Dated: April 27, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

CAROLINE BURGUNDER
Assistant United States Attorney

Attorneys for the United States of America

2

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516 Los Angeles, California 90012.

On **April 28, 2015**, I served **NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **April 28, 2015**.

Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) To Whom Mailed:

See attached list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **April 28, 2015** at Los Angeles, California.

ROSALIN R. DAVIS

SERVICE LIST

Donald Warren, Esq.
Warren Benson Law Group
7825 Fay Avenue, Suite 200
La Jolla, CA 92037

Kamala D. Harris
Attorney General for the
State of California
Nicholas N. Paul
Supervising Deputy Attorney General
1300 I Street, Suite 1740
Sacramento, CA 95814