UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4273 RGK (MRWx) | Date | February 3, 2017 |
|---|---|---|---|
| Title | United States v. PAMC | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**     ORDER RE: PROTECTIVE ORDER

   The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 98.)  The Court accepts and ENTERS the proposed order subject to the following:

   1.     ¶ 10 – A party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application pursuant to Local Rule of Court 79-5.1.