**Donald R. Warren (CA 138933)**
**Phillip E. Benson (CA 97420)**
**Warren - Benson Law Group**
**7825 Fay Ave., Ste. 200**
**La Jolla, CA 92037**
**Tel: 858-454-2877**
**Fax: 858-454-5878**
**donwarren@warrenbensonlaw.com**
**philbenson@warrenbensonlaw.com**

**Attorneys for Qui Tam Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and State of California ex rel. John Doe,<br><br>    Plaintiff,<br><br>v.<br><br>PAMC, Ltd., et al.,<br><br>    Defendants. | Case No. 13 cv 04273 - RGK (MRWx)<br><br>Assigned to: Hon. R. Gary Klausner<br><br>STATUS REPORT REGARDING SIGNING OF SETTLEMENT AGREEMENT |

Relator Paul Chan ("Relator") submits this Status Report to inform the Court that the wording of the Settlement Agreement in this matter has now been finalized and has been approved by the U.S. Department of Justice and the California Department of Justice. The Settlement Agreement has been routed for signature and has been signed by the *Qui Tam* Plaintiff Paul Chan and his Counsel, Defendants PAMC, Ltd. and Pacific Alliance Medical Center, Inc. and their counsel, and the State of California. The final signatures of the U.S. HHS Office of Inspector General, the Office of the U.S. Attorney, and the U.S. Department of Justice are expected in the

1 | next few days.  Once these signatures are completed, the defendants are scheduled to
2 | pay the settlement amounts within ten days of that effective date and then a Joint
3 | Request for Dismissal will be promptly filed.

                                                        Respectfully submitted,

Dated:  June 13, 2017         WARREN BENSON LAW GROUP

                                        By:  s/ Donald R. Warren
                                                Donald R. Warren
                                                Attorney for Relator Paul Chan

CERTIFICATE OF SERVICE

I certify that on the date above I electronically filed this document with the Clerk of the Court using CM/ECF to be served on all counsel of record who are registered CM/ECF users.

/s/ Donald R. Warren
Donald R. Warren