1  **Kimberly A. Dunne, SBN 142721**
   kdunne@sidley.com
2  **James M. Perez, SBN 249842**
   james.perez@sidley.com
3  **Anand Singh, SBN 250792**
   anand.singh@sidley.com
4  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
5  **Los Angeles, California 90013**

6  **Attorneys for Defendants**
   **PAMC, Ltd. and Pacific Alliance**
7  **Medical Center, Inc.**

8

       **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA      ) CASE NO. 13 cv 04273 - RGK (MRWx)
   | AND STATE OF CALIFORNIA,      )
12 | *ex rel.* Paul Chan,          ) Assigned to: Hon. R. Gary Klausner
   |                               )
13 |            Plaintiffs,        ) **JOINT STATUS REPORT**
   | v.                            ) **REGARDING SETTLEMENT AND**
14 |                               ) **STIPULATED REQUEST FOR TWO-**
   | PAMC, LTD.; PACIFIC           ) **WEEK CONTINUANCE OF PRE-**
15 | ALLIANCE MEDICAL CENTER,      ) **TRIAL CONFERENCE AND TRIAL**
   | INC.                          ) **DATE**
16 |            Defendants.        )
   |                               ) **Previously Scheduled Hearing:**
17 |                               ) Date:  July 3, 2017
   |                               ) Time:  9:00 a.m.
18 |                               ) Location:  Courtroom 850
   |                               )
19 |                               )
   |                               ) [Declaration of Anand Singh and
20 |                               ) Proposed Order filed concurrently
   |                               ) herewith]
21 | _____ )

22

23

24

25

26

27

28

---

**JOINT STATUS REPORT AND STIPULATED REQUEST FOR TWO-WEEK CONTINUANCE**

## JOINT STATUS REPORT AND STIPULATION

Relator Paul Chan and Defendants PAMC, Ltd. and Pacific Alliance Medical Center, Inc. (collectively, the "Parties") submit this Joint Status Report and Stipulation to advise the Court that a settlement agreement has been fully executed by the parties and the government.  As detailed below, the Parties anticipate that a Stipulated Request for Dismissal will be filed with the Court in approximately two weeks.  Accordingly, the Parties seek a brief continuance of the pre-trial conference and trial date in order to conserve valuable time and resources and promote judicial economy.

**Whereas,** on August 8, 2016, the Court held an initial scheduling conference and set the final pre-trial conference for April 3, 2017 and the trial date for April 18, 2017 (Dkt. No. 79);

**Whereas,** on February 11, 2017, the Parties participated in a successful mediation before Judge Feess (Ret.) and executed a term sheet that resolved all claims in this lawsuit, subject to the approvals of the United States and State of California;

**Whereas**, on February 15, 2017, the Parties filed a Notice of Settlement and Joint Stipulation for Order Vacating or, in the Alternative, Continuing, Pretrial and Trial Dates (the "Notice of Settlement"), which requested a 90-day continuance of pre-trial and trial dates in order to "allow the Parties and the Government adequate time to put the settlement in final format with the necessary approvals" (Dkt. No. 105);

**Whereas**, on February 16, 2017, the Court concluded that the Notice of Settlement was supported by good cause and issued a scheduling order that reset the final pre-trial conference to July 3, 2017 and the trial date to July 18, 2017 (Dkt. No. 106);

**Whereas**, the Parties, the United States Department of Justice, the United States Department of Health and Human Services, Office of Inspector General, and the State of California (collectively, the "Parties to the Settlement Agreement")

diligently worked together to reach agreement on the non-monetary settlement terms and finalize the form and substance of the settlement agreement (the "Settlement Agreement");

**Whereas**, as of yesterday, June 27, 2017, the Settlement Agreement has been finalized and executed by all Parties to the Settlement Agreement;

**Whereas,** pursuant to the Settlement Agreement and without admitting to any liability or wrongdoing, Defendants have agreed to make payments to Relator, the United States, and the State of California on July 7, 2017 in order to resolve this matter and avoid the cost and risk of litigation;

**Whereas,** Relator, the United States, and the State of California have agreed to promptly file a Joint Stipulated Request for Dismissal upon receipt of the payments described in the prior paragraph;

**Whereas**, the need for trial has been obviated in light of the settlement, and as such the parties seek to avoid incurring costs and expending resources on an unnecessary hearing.

//
//
//

**NOW, THEREFORE**, in the interests of justice, conserving valuable time and resources, streamlining the litigation process, avoiding unnecessary disputes, and promoting judicial economy and efficiency, the Parties stipulate and respectfully request that the Court issue an order modifying the Scheduling Order and continuing pre-trial and trial dates as follows:

1. The final pretrial conference is reset from July 3, 2017 at 9:00 a.m. to July 17, 2017 at 9:00 a.m.[1]

2. The trial date is reset from July 18, 2017 at 9:00 a.m. to August 1, 2017 at 9:00 a.m.

Dated:      June 28, 2017      **SIDLEY AUSTIN LLP**

By:    */s/ Anand Singh*
       Anand Singh
       Attorneys for Defendants Pacific
       Alliance Medical Center, Inc. and
       PAMC, Ltd.

Dated:      June 28, 2017      **WARREN BENSON LAW GROUP**

By:   */s/ Don R. Warren*
      Donald R. Warren
      Attorneys for Relator Paul Chan

---

[1] Defendants note that lead trial counsel, Kimberly A. Dunne, is engaged in pre-trial proceedings for a trial scheduled to begin on July 10, 2017.  Accordingly, in the event the Court does not continue the pre-trial conference, Defendants request that the Court relieve Defendants of the requirement under Local Rule 16-8 and this Court's Civil Court Trial Order that lead trial counsel appear.

3

## **FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Anand Singh, attest that all other signatories listed, and on whose behalf this document is submitted, concur in the document's content and have authorized its filing and the placement of their electronic signatures above.

By: */s/ Anand Singh*
    Anand Singh

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on the date above I electronically filed this document with the Clerk of the court using CM/ECF to be served on all counsel of record who are registered CM/ECF users.

By: */s/ Anand Singh*
Anand Singh

**JOINT STATUS REPORT AND STIPULATED REQUEST FOR TWO-WEEK CONTINUANCE**