Donald R. Warren (CA 138933)
Phillip E. Benson (CA 97420)
Warren - Benson Law Group
7825 Fay Ave., Ste. 200
La Jolla, CA 92037
Tel: 858-454-2877
Fax: 858-454-5878
donwarren@warrenbensonlaw.com
philbenson@warrenbensonlaw.com

Attorneys for *Qui Tam* Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, ex rel Paul Chan,<br><br>Plaintiffs,<br><br>v.<br><br>PAMC, LTD.; PACIFIC ALLIANCE MEDICAL CENTER, INC.<br><br>Defendants | CASE NO.  13 cv 04273 - RGK (MRWx)<br><br>STATUS UPDATE RE SETTLEMENT PAYMENT AND DISMISSAL |

1. The required settlement proceeds in this action were wired by the defendants today, July 6, 2017.

2. Accordingly, both the undersigned counsel for the *Qui Tam* Plaintiff and also the counsel for the State of California signed today the Joint Stipulated Request for Dismissal attached hereto, which contains their signatures.  These signatures were also emailed to the responsible attorney at the U.S. Attorney office today.

3. Pursuant to 31 U.S.C. § 3730(b)(1) and Cal. Gov. Code § 12652(c)(1), this action may be dismissed only with the written consent of the

1   Update re Settlement Payment and Dismissal

United States Attorney General and the California Attorney General. Since the California Department of Justice has already given written consent by signing the attached Joint Stipulated Request for Dismissal, the sole remaining consent to be obtained is that of the United States. The United States' signature on the Joint Stipulated Request for Dismissal is anticipated as soon the United States obtains confirmation the federal portion of the wired settlement funds have cleared the required banking channels. It is anticipated this confirmation and consent will be obtained as early as tomorrow (Friday, July 7, 2017) or a day soon thereafter during the week of July 10. Counsel from the office of the United States Attorney has notified the undersigned that as soon as her office receives confirmation the federal settlement funds have cleared, the fully executed Joint Request for Dismissal will be immediately filed.

Respectfully Submitted,

Dated: July 6, 2017

WARREN - BENSON LAW GROUP
Donald R. Warren
Phillip E. Benson

By: /s/ Donald R. Warren
Donald R. Warren
Attorney for *Qui Tam* Plaintiff
Paul Chan

CERTIFICATE OF SERVICE

    I certify that on the date above I electronically filed this document with the Clerk of the Court using CM/ECF to be served on all counsel of record who are registered CM/ECF users.

/s/ Donald R. Warren
Donald R. Warren