SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
California Bar Number 185016
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    Facsimile: (213) 894-7819
    E-mail: linda.kontos@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>PAMC, LTD; and PACIFIC ALLIANCE MEDICAL CENTER, INC.,<br><br>Defendants. | Case CV 13-04273 RGK (MRWx)<br><br>JOINT STIPULATED REQUEST FOR DISMISSAL OF ACTION AGAINST DEFENDANTS<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |

## JOINT STIPULATED REQUEST FOR DISMISSAL OF ACTION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1) and Cal. Govt. Code § 12652(c)(1), and in accordance with and subject to the terms of the June 27, 2017 Settlement Agreement among the United States of America ("the United States"), the State of California ("California"), Defendants PAMC, Ltd. and Pacific Alliance Medical Center, Inc., and *qui tam* plaintiff Paul Chan ("Relator"), the United States, California and Relator hereby request that:

1. With respect to the Covered Conduct as defined in the Settlement Agreement, the above-captioned action ("this action") against defendants PAMC, Ltd. and Pacific Alliance Medical Center, Inc. be dismissed with prejudice as to the United States, California, and the Relator; and

2. With respect to conduct that is outside the Covered Conduct as defined in the Settlement Agreement, the action against defendants PAMC, Ltd. and Pacific Alliance Medical Center, Inc. be dismissed without prejudice as to the United States and California, and be dismissed with prejudice as to the Relator.

Respectfully submitted,

Dated: July 6, 2017

WARREN BENSON LAW GROUP

*/s/ Donald R. Warren*
DONALD R. WARREN
Attorneys for Relator

1

Dated: July 7, 2017

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

_____
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
Attorneys for the United States of America

Dated: July 6, 2017

XAVIER BECERRA
Attorney General for the State of California

_____
NICHOLAS N. PAUL
Supervising Deputy Attorney General
Attorneys for the State of California