SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
California Bar Number 185016
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    Facsimile: (213) 894-7819
    E-mail: linda.kontos@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* JOHN DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMC, LTD; and PACIFIC ALLIANCE MEDICAL CENTER, INC.,<br><br>    Defendants. | Case CV 13-04273 RGK (MRWx)<br><br>[PROPOSED] ORDER OF DISMISSAL OF ACTION<br><br>[FILED CONCURRENTLY HEREWITH: JOINT STIPULATED REQUEST FOR DISMISSAL OF ACTION AGAINST DEFENDANTS] |

| | |
|---|---|
| 1 | Plaintiffs United States of America ("United States"), the State of California |
| 2 | ("California"), and the *qui tam* plaintiff ("Relator"), having jointly requested, pursuant |
| 3 | to Rule 41(a)(1) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1) and |
| 4 | Cal. Govt. Code § 12652(c)(1), and in accordance with and subject to the Settlement |
| 5 | Agreement of June 27, 2017 ("the Settlement Agreement"), among these parties and |
| 6 | Defendants PAMC, Ltd. and Pacific Alliance Medical Center, Inc., that the above- |
| 7 | referenced action ("this action") be dismissed, |
| 8 | IT IS ORDERED that: |
| 9 | 1.  With respect to the Covered Conduct as defined in the Settlement |
| 10 | Agreement, this action is dismissed with prejudice as to the United States, the State of |
| 11 | California, and the Relator; |
| 12 | 2.  With respect to conduct that is outside the Covered Conduct as defined in |
| 13 | the Settlement Agreement, this action is dismissed without prejudice as to the United |
| 14 | States and the State of California, and is dismissed with prejudice as to the Relator. |

Dated: July 07, 2017

_____
UNITED STATES DISTRICT JUDGE